

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       In Re Fertitta Hospitality, LLC

Appellate case number:     01-18-00549-CV

Trial court case number:   17-CV-0590

Trial court:               405th District Court of Galveston County

Relator, Fertitta Hospitality, LLC, seeks mandamus relief and an emergency stay of the trial court's May 16, 2018 order. The order granted real parties' petition for pre-suit depositions, and the depositions are scheduled to start tomorrow, June 27, 2018.

We **GRANT** the emergency motion to stay and stay the trial court's May 16, 2018 order.

We **REQUEST** a response to the petition for writ of mandamus from the real parties in interest. That response, if any, is due within 21 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
         ☑ Acting individually     ☐ Acting for the Court

Date: June 26, 2018